UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
Andrew Chism, Debtor(s)

CHAPTER 13  
CASE NO: 11-44530  
JUDGE: ☒ TUCKER ☐ SHAPERO

## STIPULATION ADJOURNING HEARING

This matter currently scheduled for hearing on __5-19-11__, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.
☒ Confirmation of Plan.
☐ a Motion to lift stay as to Creditor _____.
☐ Other: _____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

IT IS STIPULATED AND AGREED that:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

☒ The above referenced matter is adjourned to __6/23/11 @ 11am__.
☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
☐ Debtor(s) shall file and serve amended _____ on or before _____.
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☒ Other: By May 26, 2011, Debtor shall provide Chase with a copy of the rental lease for the Stahelin property, copy of Debtor's drivers license reflecting Oakfield address, utility bill in Debtor's name for the Oakfield property, copy of market analysis for Stahelin address.

IT IS FURTHER STIPULATED that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

IT IS FURTHER STIPULATED that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

IT IS FURTHER STIPULATED that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)  
/s/ TAMMY L. TERRY  
/s/ TAMMY L. TERRY (P46254)  
Chapter 13 Standing Trustee  
535 Griswold, Suite 2100  
Detroit, MI 48226  
(313) 967-9857  
mieb_ecfadmin@det13.net

/s/ Lisa Williams P69639  
attorney for Chase

Approved as to Form and Content:  
/s/  
Christopher Frank (P67169)  
Attorney for Debtor(s)  
117 W. 4th St, Ste 201  
Royal Oak, MI 48067  
248-677-7445  
cfrank@bankruptcymanhousgroup.com

G:\Documentation\Approved Forms\COURT HRG FORMS\STIP ADJ CNF HRG 5.7.09.doc

11-44530-tjt  Doc 29  Filed 05/20/11  Entered 05/20/11 11:02:31  Page 1 of 1